JOHN McDONNELL AND ANOTHER, RESPONDENTS, *v.* WALTER BAUENDAHL AND OTHERS, APPELLANTS.

*Assignment by bankrupt — effect of.*

One Lee, after he had been declared a bankrupt, assigned to the plaintiffs the claim against the defendants upon which this action was brought; no assignee in bankruptcy was ever appointed, and the proceedings were subsequently discontinued. *Held,* that the assignment was valid.

APPEAL from a judgment in favor of the plaintiffs, entered upon the report of a referee.

*I. S. & C. H. Smith*, for the appellants.

*F. Fish*, for the respondents.

Opinion by LEARNED, P. J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

Judgment affirmed.